PEOPLE ex rel. TAYLOR, Appellant, v. BOARD OF HEALTH, Respondent. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Proceeding by the people of the state of New York, on the relation of Thomas C. Taylor, against the board of health of the department of health of the city of New York. J. B. Quintin, for appellant. W. B. Crowell, for respondent.

PER CURIAM. Order affirmed, with costs, on the authority of People ex rel. Kennedy v. Brady, 166 N. Y. 44, 59 N. E. 701.

LAUGHLIN, J., dissents.